No. 83–1762. HARRY & BRYANT CO. ET AL. v. FEDERAL TRADE COMMISSION ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–1766. JONNET DEVELOPMENT CORP. ET AL. v. CALIGUIRI ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–1767. BILLUPS v. GARRISON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–1771. WERLING ET AL. v. GRACE EVANGELICAL LUTHERAN CHURCH OF RIVER FOREST, ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83–1776. M. W. ZACK METAL CO. v. SUPREME COURT OF NEW YORK, COUNTY OF NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 83–1777. UMPHLETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–1779. WESTINGHOUSE ELECTRIC CORP. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 3d Cir. Certiorari denied.

No. 83–1781. MICHAELS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–1782. ALLEN v. PENSION BENEFIT GUARANTY CORPORATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–1783. R. J. D'HEMECOURT PETROLEUM, INC., ET AL. v. MCNAMARA, SECRETARY OF REVENUE OF LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 83–1788. HOLLIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–1789. MADDOX v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 83–1791. BREEN ET AL. v. INTERNATIONAL LADIES' GARMENT WORKERS' UNION ET AL. C. A. D. C. Cir. Certiorari denied.